

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sirron Norris | Civil Action No.   13cv1513-H-PCL |
| Plaintiff, | |
| V. | |
| Warden, Kern Valley State Prison | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies the petition for habeas corpus and adopts the magistrate judge's report and recommendation. Additionally, the Court declines to issue a certificate of appealability as Petitioner failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Date:     3/30/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  N. Peltier

N. Peltier, Deputy